UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

KELLY HAGBERG,

                         Plaintiff,

                                                                              DECISION AND ORDER
                v.                                                                       12-CV-621A(F)

CAROLYN W. COLVIN, Commissioner of
Social Security,

                         Defendant.
_____

       The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B).  On June 17, 2014, Magistrate Judge Foschio filed a Report and Recommendation, recommending that Defendant's motion for judgment on the pleadings (Dkt. 11) should be granted and that Plaintiff's motion for judgment on the pleadings (Dkt. 12) should be denied.

       The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed the Court reviews the Report and Recommendation for clear error.  Finding none, it is hereby

       ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, the Defendant's motion for judgment on the pleadings is granted, and the Plaintiff's motion for judgment on the pleadings is denied.

       The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

____*Richard J. Arcara*_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   July 8,  2014